**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-17170-MBK |
| Gabriella M Royko | Chapter 13 |
| Debtor. | Chief Judge Michael B. Kaplan |

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

U.S. Bank Trust National Association, as Trustee of the Bunglaow Series III Trust ('Creditor'), by and through their undersigned authorized agent, hereby withdraws their Notice of Mortgage Payment Change, filed on August 7, 2020.

Respectfully Submitted,

 /s/ D. Anthony Sottile
D. Anthony Sottile (OH 0075101)
Sottile and Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com